People v Blake (2024 NY Slip Op 02423)

People v Blake

2024 NY Slip Op 02423

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, OGDEN, GREENWOOD, AND KEANE, JJ.

186 KA 23-01034

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
KAMIU BLAKE, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

SARAH S. HOLT, CONFLICT DEFENDER, ROCHESTER (KATHLEEN P. REARDON OF COUNSEL), FOR DEFENDANT-APPELLANT.
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (LISA GRAY OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Charles A. Schiano, Jr., J.), rendered September 6, 2018. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Blake ([appeal No. 1] — AD3d — [May 3, 2024] [4th Dept 2024]).
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court